IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                         ORDER

                         Plaintiff,

                                                                                          10-cr-104-bbc

     v.

JAMES A. LAFFIN,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant was sentenced in this court on November 8, 2010. Because the amount of restitution had not been determined, a hearing was set for February 4, 2011 to determine a final order of restitution. The probation office contacted the victim's mother in an effort to determine the amount of restitution owing to her as a result of the defendant's criminal activity. The victim's mother reported that the costs that the family incurred included a new sofa for $695.00 and $120.00 for gas when the victim's mother drove to Wisconsin to pick up her daughter after the offense occurred. Under 18 U.S.C. §§ 2259 and 3663A, these expenses are not compensable. Therefore, no restitution is due and owing by defendant.

ORDER

IT IS ORDERED that no restitution shall be paid by defendant to the victim in this case.

FURTHER, IT IS ORDERED that the February 4, 2011 hearing on restitution is canceled.

Entered this 27th day of January, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2